

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00485-CV

TROY PAK, Appellant

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, BRITTANY MAEGAN PIERPONT, AND MISTY WAY, Appellees

§ On Appeal from the 431st District Court

§ of Denton County (23-11508-431)

§ January 18, 2024

§ Memorandum Opinion by Justice Womack

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
    Justice Dana Womack